NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MARINE POLYMER TECHNOLOGIES, INC.,
*Plaintiff-Appellee,*

v.

HEMCON, INC.,
*Defendant-Appellant.*

---

2010-1548

---

Appeal from the United States District Court for the District of New Hampshire in case no. 06-CV-0100, Judge Joseph A. DiClerico, Jr.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

### ORDER

HemCon, Inc. submits a motion for a stay, pending appeal, of the execution of the final judgment, including the execution of the damages award, entered by the United States District Court for the District of New Hampshire on September 23, 2010. HemCon also requests an immediate "administrative stay" pending disposition of its motion for a stay, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Marine Polymer Technologies, Inc. is directed to respond no later than October 13, 2010.

(2) HemCon's request for an "administrative stay" is granted to the extent that execution of the final judgment and execution of the damages award is temporarily stayed, pending the court's receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

OCT 0 1 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond A. Kurz, Esq.
    Brian M. Poissant, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 1 2010

JAN HORBALY
CLERK